**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

ROADMASTER (USA) CORP.        :
         Plaintiff,           :    CIVIL ACTION NO. 04-1442 (GMS)
         :
       v.              :
         :
CARSTECH INC., d/b/a CARSTECH INC.    :
         :
       and            :
         :
SINOCHEM NINGBO, LTD., in its own right    :
and d/b/a CARSTECH INC. and/or        :
d/b/a CARSTECH USA, INC.          :
         Defendants.         :
                                  :

**NOTICE OF SERVICE OF STIPULATED ORDER**
**AND CONSENT AND FINAL JUDGMENT**

      Attached is a certification of service of (a) the Stipulated Order Granting Partial

Dismissal with Prejudice (D.I. 12), and (b) the Consent and Final Judgment Granting Permanent

Injunction (D.I. 11), upon defendant CarsTech USA, Inc., and its counsel, pursuant to ¶ 6 of the

aforementioned Consent and Final Judgment.

                  WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

                  By: _____
                      Barry M. Klayman, Esquire (#3676)
                      Wilmington Trust Center
                      1100 N. Market Street, Suite 1001
                      Wilmington, DE 19801
                      Tel: (302) 777-0313
                      Fax: (302) 778-7813

                      Attorneys for Plaintiff

Dated: March 1, 2005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROADMASTER (USA) CORP.** | : |
| **Plaintiff,** | : **CIVIL ACTION NO. 04-1442 (GMS)** |
| | : |
| **v.** | : |
| | : |
| **CARSTECH INC., d/b/a CARSTECH INC.** | : |
| | : |
| **and** | : |
| | : |
| **SINOCHEM NINGBO, LTD., in its own right** | : |
| **and d/b/a CARSTECH INC. and/or** | : |
| **d/b/a CARSTECH USA, INC.** | : |
| **Defendants.** | : |

## CERTIFICATION OF SERVICE OF STIPULATED ORDER AND CONSENT AND FINAL JUDGMENT

1)      I am an attorney-at-law and a member of the law firm of Wolf, Block, Schorr and Solis-Cohen LLP, resident in its Philadelphia, Pennsylvania office.

2)      On  February 28, 2005, I served true and correct copies of the following documents:

- Stipulated Order Granting Partial Dismissal with Prejudice of Remaining Claims Against Defendant Carstech Inc.; and

- Consent and Final Judgment Granting Permanent Injunction Against Defendant Carstech, Inc.

by First Class  Mail, U.S. postage prepaid, upon CarsTech USA, Inc., addressed as follows:

> Jason Jhu, Chief Executive Officer
> CarsTech USA, Inc.
> 1620 Sego Court
> San Jose, CA  95131

3)    I also served a courtesy copy of these documents upon counsel for CarsTech USA, Inc., addressed as follows:

>    Roger Royse, Esquire
>    Montgomery Law Group LLP
>    525 Middlefield Road, Suite 250
>    Menlo Park, CA  94025

4)    I certify under penalty of perjury that the foregoing is true and correct.  Executed on February 28, 2005; at Philadelphia, Pennsylvania

Charles M. Hart
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA  19103