IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROADMASTER (USA) CORP.<br>                  Plaintiff,<br><br>v.<br><br>CARSTECH INC., d/b/a CARSTECH INC.<br><br>and<br><br>SINOCHEM NINGBO, LTD., in its own right<br>and d/b/a CARSTECH INC. and/or<br>d/b/a CARSTECH USA, INC.<br>                  Defendants. | CIVIL ACTION NO. 04-1442 (GMS) |

ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff Roadmaster (USA) Corp.'s Motion for Extension of Time in Which to Serve Defendant Sinochem Ningbo Ltd., it is hereby ORDERED that the motion is GRANTED and it is DECREED that the 120-day time limit for service under Federal Rule of Civil Procedure 4(m) does not apply to service on Defendant Sinochem Ningbo in this case.

                                                                  BY THE COURT:

                                                                  GREGORY M. SLEET, J.