IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROADMASTER (USA) CORP.<br>    Plaintiff, | :<br>: CIVIL ACTION NO. 04-1442 (GMS)<br>: |
| v. | : |
| CARSTECH INC., d/b/a CARSTECH INC. | : |
| and | : |
| SINOCHEM NINGBO, LTD., in its own right<br>and d/b/a CARSTECH INC. and/or<br>d/b/a CARSTECH USA, INC.<br>    Defendants. | :<br>:<br>:<br>: |

## [Alternative] ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff Roadmaster (USA) Corp.'s Motion for Extension of Time in Which to Serve Defendant Sinochem Ningbo Ltd., it is hereby ORDERED that the motion is GRANTED, and plaintiff Roadmaster (USA) Corp. is granted an extension, up to and including December 23, 2005, in which to complete service upon defendant Sinochem Ningbo Ltd.

                                        BY THE COURT:

                                        _____
                                        GREGORY M. SLEET, J.