**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **GREGORY M. SLEET**<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>844 KING STREET<br>LOCKBOX 19<br>WILMINGTON, DE 19801 | (302) 573-6470<br>(302) 573-6472 FAX |

January 9, 2006

TO:   COUNSEL

RE:   Roadmaster (USA) v. Ningbo
      Civil Action No. 04-1442 GMS

Dear Counsel:

    Please submit a status report regarding the above-referenced case, via electronic case filing, by February 9, 2006.

    Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager