IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROADMASTER (USA) CORP.,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CARSTECH INC., d/b/a CARSTECH INC.,<br>and SINOCHEM NINGBO, LTD., in its own<br>right, and d/b/a CARSTECH INC. and/or<br>d/b/a CARSTECH USA, INC.,<br>　　　　　　Defendants. | :<br>: CIVIL ACTION NO. 04-1442 (GMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF ROADMASTER (USA) CORP.'S STATUS REPORT IN RESPONSE TO
CASE MANAGER'S REQUEST DATED JANUARY 9, 2006 (D.I. No. 15)**

This patent, trademark and copyright infringement case was commenced by plaintiff Roadmaster (USA) Corp. ("Roadmaster") against defendants CarsTech USA ("CarsTech") and Sinochem Ningbo, LTD ("Sinochem") on November 12, 2004. Sinochem is a Chinese company and CarsTech was a subsidiary, dealer and/or outlet in the U.S. for infringing products manufactured by Sinochem. After CarsTech was served with process, Roadmaster entered into negotiations with CarsTech that culminated in a stipulated consent order and permanent injunction, which was approved by the Court on February 22, 2005 (D.I. No. 11). This, along with a stipulation of dismissal, resolved the case against CarsTech. (D.I. No. 12).

On March 14, 2005, Roadmaster moved for an order clarifying that the 120-day time limit for service of process set forth in Federal Rule of Civil Procedure 4(m) did not apply to service upon Sinochem (D.I. No. 14) because it was located outside the United States. The Court agreed and entered the requested order on April 18, 2005.

As discussed in the March 14, 2005 Motion, counsel for Roadmaster solicited bids from several different process servers and translation services. Roadmaster is a closely-held, family

business and, after being apprised of the expense involved in translating all the documents associated with the complaint and completing service in China under the Hague Convention, Roadmaster asked counsel to explore other alternatives. One alternative was to consider bringing Roadmaster's complaint before the United States International Trade Commission ("ITC"). One obvious advantage to this alternative course was that service under the ITC rules is completed by the ITC, for the most part, without the need for costly translation of the complaint and the multiple attachments to the complaint.

Roadmaster authorized counsel to prepare a complaint for filing in the ITC, after which no further action was taken to serve the complaint in this civil action on Sinochem in China. Preparation of the ITC action required Roadmaster to obtain certified copies of relevant documents from the United States Patent Office, the Trademark Office, and the Copyright Office. Unfortunately, we experienced many months of delay in obtaining these certified copies, notably those requested from the Copyright Office.

The final draft of an ITC complaint has now been prepared and sent to the ITC in Washington, D.C. for filing. When the ITC accepts the complaint, which we have every reason to believe it will, Roadmaster expects to move for a stay of this action under 28 U.S.C. § 1659, which permits any party to both an ITC action and a related civil action in a district court to request a stay of the district court civil action pending the outcome of the ITC action. Based on our informal communications with the ITC, we anticipate that Roadmaster will apply for such a stay, if Sinochem does not earlier apply, within ninety (90) days of the date of this Report.

                Respectfully submitted,

                WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

                By: /s/ Barry Klayman
                      Barry M. Klayman, Esquire (#3676)
                      Wilmington Trust Center
                      1100 N. Market Street, Suite 1001
                      Wilmington, DE 19801
                      Tel: (302) 777-0313
                      Fax: (302) 778-7813

                Attorneys for Plaintiff

Of Counsel:

James Greenberg, Esq.
Wolf, Block, Schorr and Solis-Cohen LLP
1940 Route 70 East, Suite 200
Cherry Hill, NJ 07068
(856) 424-8200

Robert F. Zielinski, Esquire
Charles M. Hart, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
(215) 977-2000

Dated: February 8, 2006