# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

July 12, 2006

TO:   Counsel

RE:   Roadmaster (USA) v. Sinochem Ningbo
      Civil Action No. 04-1442 GMS

Dear Counsel:

Please submit a jointly prepared status report regarding the above-referenced case, via electronic filing, no later than July 26, 2006.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Judge Gregory M. Sleet