IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROADMASTER (USA) CORP.,<br>Plaintiff, | : <br> : CIVIL ACTION NO. 04-1442 (GMS)<br>: |
| v. | : |
| CARSTECH INC., d/b/a CARSTECH INC.,<br>and SINOCHEM NINGBO, LTD., in its own<br>right, and d/b/a CARSTECH INC. and/or<br>d/b/a CARSTECH USA, INC.,<br>Defendants. | :<br>:<br>:<br>:<br>: |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Roadmaster (USA) Inc. hereby voluntarily dismisses this action against Sinochem Ningbo, LTD, without prejudice. The defendant, who is the sole remaining defendant, has not served an answer or a motion for summary judgment.

Respectfully submitted,

WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

By: _/s/ Barry M. Klayman_
Barry M. Klayman, Esquire (#3676)
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813

Attorneys for Plaintiff

Dated: July 24, 2006

PHL:5416096.1/ROA007-220391